# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-52627
Case Name: INSANA, DENISE MARIE
Trustee Name: Robert S. Thomas II

**Balance on hand:** $ 1,500.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| N/A | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 1,500.72

UST Form 101-7-TFR (10/1/2010)

FILED 2011 JAN 10 PM 3:06 US BANKRUPTCY COURT NORTHERN DISTRICT OHIO

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Robert S. Thomas II | 375.18 | 0.00 | 375.18 |
| Trustee, Expenses - Robert S. Thomas II | 57.71 | 0.00 | 57.71 |

Total to be paid for chapter 7 administration expenses: $ 432.89
Remaining balance: $ 1,067.83

**UST Form 101-7-TFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

         Total to be paid for priority claims:   $     0.00
         Remaining balance:   $     1,067.83

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

07-52627-mss Doc 36 FILED 11/02/10 ENTERED 11/02/10 11:31:46 Page 11 of 13
07-52627-mss Doc 42 FILED 01/10/11 ENTERED 01/11/11 13:20:21 Page 3 of 5

Timely claims of general (unsecured) creditors totaling $ 17,980.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital Recovery One | 564.43 | 0.00 | 33.53 |
| 2 | Ob/Gyn Assoc. | 182.54 | 0.00 | 10.84 |
| 3 | TARGET NATIONAL BANK | 53.79 | 0.00 | 3.19 |
| 4 | CHASE BANK USA | 5,869.67 | 0.00 | 348.59 |
| 5 | Chase Bank USA, NA | 170.27 | 0.00 | 10.11 |
| 6 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | 11,139.84 | 0.00 | 661.57 |

Total to be paid for timely general unsecured claims: $ 1,067.83
Remaining balance: $ 0.00

ck # 108
receipt # 82043

**UST Form 101-7-TFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 420.07 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | OHIO EDISON BANKRUPTCY DEPARTMENT | 420.07 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)