UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



FILED 2011 FEB -3 PM 1:28

IN RE: ) CASE NO. 07-52627
)
INSANA, DENISE MARIE ) CHAPTER 7
)
Debtor (s) ) JUDGE MARILYN SHEA-STONUM

## TRANSMITTAL OF UNCLAIMED FUNDS

ROBERT S. THOMAS, II, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such un-negotiated checks were issued, the amount of such check and their last known addresses are:

| Claim No. | Name and Address | Claim Amount | Dividend Amount |
|---|---|---|---|
| #2 | OB/GYN Assoc.<br>6789 Ridge Rd., #201<br>Parma, OH 44129 | $182.54 | $10.84 |

2. My Trustee's check for $10.84 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: February 1, 2011

ROBERT S. THOMAS, II
Trustee in Bankruptcy

ck #109
Receipt # 82112

Timely claims of general (unsecured) creditors totaling $ 17,980.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital Recovery One | 564.43 | 0.00 | 33.53 |
| 2 | Ob/Gyn Assoc. | 182.54 | 0.00 | 10.84 |
| 3 | TARGET NATIONAL BANK | 53.79 | 0.00 | 3.19 |
| 4 | CHASE BANK USA | 5,869.67 | 0.00 | 348.59 |
| 5 | Chase Bank USA, NA | 170.27 | 0.00 | 10.11 |
| 6 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | 11,139.84 | 0.00 | 661.57 |

Total to be paid for timely general unsecured claims: $ 1,067.83
Remaining balance: $ 0.00

**UST Form 101-7-TFR (10/1/2010)**